**STATE of Missouri, Respondent,**

v.

**Andrew J. SALES, Jr., Appellant.**

**No. 63362.**

Missouri Court of Appeals,
Eastern District,
Division One.

Dec. 21, 1993.

Andrew J. Sales, Jr., pro se.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jennifer A. Glancy, Asst. Atty. Gen., Jefferson City, for respondent.

Before CRANDALL, P.J., and REINHARD and CRIST, JJ.

*ORDER*

PER CURIAM.

Defendant appeals his conviction for sale of a controlled substance. We find no error of law and affirm Defendant's conviction.

We further find an opinion in this matter would serve no jurisprudential purpose and affirm by summary order. Rule 30.25(b). A memorandum has been provided to the parties for their use only.